United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARTIN DIAZ CARRANZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1088 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Before the Court is Petitioner Martin Diaz Carranza's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). He alleges that he is a citizen of Mexico, but that Respondents wrongfully removed him to that country. (*Id.* at 8) In particular, he contests Respondents' ability to "physically remove[] [him] from the United States during the pendency of his appeal before the Board of Immigration Appeals[.]" (*Id.* at 2)

Petitioner alleges that this Court is the proper venue for adjudication of his claims as he was originally detained at the Port Isabel Service Processing Center, which is within the territorial jurisdiction of this Court. (*Id.* at 8)

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than October 29, 2026, Respondents shall file an answer, motion, or responsive pleading to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1).

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on October 8, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge